UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tony Harris

Write the full name of each plaintiff.

25 CV 6682

No. _____
(To be filled out by Clerk's Office)

-against-

New York Post
Tomas E Gaston
Kevin C Downs
Bronx County New York

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

COMPLAINT
(Prisoner)

Do you want a jury trial?
☒ Yes   ☐ No

RECEIVED
AUG 11 2025
PRO SE OFFICE

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

RECEIVED
JUN 25 2025
STATE COURT OF CLAIMS
ALBANY, N.Y.

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☑ Other: Liable, Defamation, Slander, Emotional Distress

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

__Tony__  __N/A__  __Harris__
First Name   Middle Initial   Last Name

__N/A__
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

__B/C 2412500390   NYSID: 05912496L   Department of Corrections__
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

__Eric Mason Taylor Center   E.M.T.C.__
Current Place of Detention

__10-10 Hazen Street East Elmhurst N.Y. 11370__
Institutional Address

__Bronx New York__   __N.Y.__   __11370__
County, City   State   Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:  NEW YORK POST
First Name        Last Name         Shield #

EDITOR
Current Job Title (or other identifying information)

Current Work Address

County, City         State         Zip Code

Defendant 2:  TOMAS E GASTON
First Name        Last Name         Shield #

Reporter
Current Job Title (or other identifying information)

Current Work Address

County, City         State         Zip Code

Defendant 3:  KEVIN C DOWNS
First Name        Last Name         Shield #

Reporter
Current Job Title (or other identifying information)

Current Work Address

County, City         State         Zip Code

Defendant 4:
First Name        Last Name         Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City         State         Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: New York Post

Date(s) of occurrence: On or around Febuary 17, 2025

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Defamation, Liebel, Slander, and Emotional Distress

In a new york post News paper article reports Tomas E. Gaston, and Kevin C Downs printed and published in the new york Post on or around Febuary 17, 2025 Tony Harris arrest record (rap sheet) that was closed for public view via Certificate of Relief of Disability (Clemency) in the new york post exposing confidential information not for public Record! Convicting me as a Career Criminal publicly when in fact it been three decades since Tony Harris last arrest of Conviction. Causing Mr Harris Severe Emotional Distress!
Publicly Demonizing & Criminalizing me in public media

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Will be unable to become gainfully employed because of this assination and Defamation of Character Demonizing & Criminalizing

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

Twenty Million Dollars 20,000,000

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 06/04/2025

Plaintiff's Signature: Tony Harris

First Name: Tony   Middle Initial: ___   Last Name: Harris

Prison Address: Eric Mason Taylor Center E.M.T.C

County, City: Bronx New York   State: N.Y.   Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: 06-06-2025

Accused NYC career criminal with over two dozen busts finally locked up — for suspected murder while wearing ankle bracelet

It took a murder rap for a New York City judge to lock up this dangerous accused career criminal.

Tony Harris — a Bronx man with over two dozen busts on his rap sheet — caught a break in June when he was freed without bail in a felony gun case, according to law enforcement sources and court records.

Authorities said Harris, 62, was busted with two loaded guns and a massive stash of ammunition and drugs, court documents show.



Tony Harris, 62, was free without bail on a gun case when prosecutors said he shot and killed a man in the Bronx. Tomas E. Gaston for NY Post

But apparently neither the terrifying allegations nor Harris' lengthy rap sheet were enough for Judge Anna Mikhaleva, who released him without bail but under supervision, which included an ankle bracelet that would allow authorities to track him, sources said.

The video player is currently playing an ad.

Harris was still wearing the court-ordered monitoring gear when he allegedly shot and killed 56-year-old Emilio Rosas outside a Bronx deli last week, according to the sources.

Explore More

He was finally locked up on Rikers Island following that arrest.

Harris has been arrested 26 times on charges including robbery, drug and gun possession, burglary, possession of burglar tools and menacing and strangulation, according to sources.

In the June 17 bust, Harris was hit with felony gun and drug charges after cops executed a search warrant at his Prospect Avenue apartment and found a loaded .25-caliber Glock handgun and a loaded 9mm pistol hidden in the headboard of his bed, according to a criminal complaint.

Cops said they also found a stash of .32-caliber and .22-caliber bullets hidden in the apartment, as well as three pipes and 63 vials of crack and crack residue, the complaint said.

5

Police said Tony Harris shot and killed 56-year-old Emilio Rosas outside a Bronx deli on Feb. 17 while out without bail.Kevin C Downs forThe New York Post

Prosecutors said cops went to the apartment to arrest Harris on domestic violence charges after he allegedly scratched the neck of his partner, and "was barricaded in his home for hours."

In court, prosecutors with the Bronx District Attorney's Office asked in vain for Mikhaleva to hold Harris on $100,000 bail or $300,000 bond on the gun charges and $15,000 or $45,000 on a misdemeanor domestic violence rap.

Records show that Harris did return to court for scheduled appearances in the case — the most recent on Jan. 22 — but remained free without bail while the case was pending.



The NYPD said Emilio Rosas, 56, was shot and killed outside this 187th Street deli in the Bronx on Feb. 17.Kevin C Downs forThe New York Post

He was still free on Feb. 17, when police said he shot Rosas in the chest, killing him.

"A man was killed because a woke judge did not do her job," one law enforcement source seethed.

"This judge should be removed from the bench and taken to Rikers Island," said another source, a Bronx cop. "Letting a suspect out after he is arrested with two guns, ammunition, drugs, and strangling his girlfriend is criminal."

Prosecutors said that when cops went to arrest Harris for the fatal shooting, he barricaded himself in the same Prospect Avenue apartment for hours.

He was ultimately busted and charged with murder, manslaughter and illegal weapons possession.

During a court appearance Wednesday, Judge Audrey Stone finally revoked Harris' bail in the earlier gun and drugs case.



Emilio Rosas, 56, was shot in the chest on Feb. 17 in the Bronx and died at St. Barnabas Hospital.Emilio Rosas/Facebook

"It's our position that he posed an increased risk of flight because when he was being arrested for the new matter, he was barricaded in his home for hours," Assistant District Attorney Sharlene Disla told the court.

"The police had to call ESU and ask for us to get a search warrant in order to get him into custody for this new matter."

The ADA pointed out that Harris has access to firearms — "something that the court is allowed to consider" when deciding whether to set bail — as well as prior felony and misdemeanor convictions, including on criminal possession of a weapon in the fourth degree.

Career criminal Tony Harris — who was arrested last week on a murder charge — has more than 20 busts on his rap sheet dating back to the 1980s, according to sources:

| Date | Charge | Date | Charge |
|---|---|---|---|
| 2/18/2025: | Murder | 1/19/90: | Possession of burglary tools |
| 6/17/2024: | Gun and drug charges | 8/21/89: | Petty larceny |
| 2/7/12: | Robbery | 6/8/89: | Petty larceny |
| 9/28/07: | Drugs | 3/31/89: | Possession of burglary tools |
| 6/29/07: | Drugs | 1/23/89: | Petty larceny |
| 1/27/92: | Robbery | 10/27/88: | Petty larceny |
| 12/16/91: | Possession of burglary tools | 10/6/88: | Petty larceny |
| 6/3/91: | Possession of burglary tools | 9/21/88: | Petty larceny |
| 4/29/91: | Possession of burglary tools | 9/20/88: | Petty larceny |
| 11/16/90: | Farebeating | 9/9/88: | Petty larceny |
| 8/14/90: | Possession of burglary tools | 7/22/88: | Petty larceny |
| 6/2/90: | Robbery | 2/28/88: | Possession of burglary tools |

5

Harris has over two dozen arrests on his rap sheet that dates back to 1988. NY Post Design

Stone said a condition of Harris' supervised release was that he not be in possession of a weapon — a condition that had clearly been violated with the fatal shooting.

The judge also blew up in court when Harris' lawyer called the murder indictment "hearsay."

"How is an indictment hearsay? It is an official court document representing a vote of members of the public, who must find reasonable cause based on substantial evidence," Stone said.

89

What do you think? Post a comment.

"That's not just words," she added. "That's a representation from the district attorney's office that a grand jury has been presented with significant evidence, substantial enough to have indicted Mr. Harris on the top charge of murder in the second degree. So, in terms of evidence, there is evidence."

In a statement, a spokesperson for the state Office of Court Administration, which oversees the judicial system in the Empire State, declined to discuss Mikhaleva's decision to release Harris in June.

"We don't comment on bail decisions except to say that in cases like these in New York, Judges have discretion in making bail decisions in accordance with the law and based solely on an individualized assessment of a defendant's risk of flight," the rep said.

Two arrested in fatal Bronx bodega shooting

By Sadie BrownPosted on February 19, 2025



Police identified the victim of Monday's fatal shooting at a Bronx bodega as 56-year-old Emilio Rosas who lived next door to the deli where he was murdered.

Photo via Google Street View

Police arrested two people in connection with the Monday shooting of a 56-year-old man outside a Belmont bodega, according to the NYPD.

Authorities from the NYPD's 48th Precinct charged 62-year-old Tony Harris with second-degree murder and 35-year-old Shantelle Degout with first-degree manslaughter on Tuesday, following the fatal shooting.

Police identified the victim as Emilio Rosas of Belmont.

Rosas was killed after an apparent altercation at a bodega near his home. Police said he was found around 6:30 p.m. on Monday, unconscious and unresponsive with a gunshot wound to the chest, outside the deli at East 187th Street and Crotona Avenue.

Get the Full Story

News, events, culture and more — delivered to you.

Sign Up

Emergency services responded to a 911 call and rushed Rosas to Saint Barnabas Hospital, where he succumbed to his injuries.

Harris was also charged with first-degree manslaughter and two counts of criminal possession of a weapon. Degout was additionally charged with first- and second-degree assault.

Civil Court of the City of New York
County of Bronx
Part _____

In the Matter of the Application of
United States V Tony Harris
City of New York 48th Precinct
to prosecute as a poor person against

_____

Index Number _____

AFFIRMATION IN SUPPORT
OF AN APPLICATION TO
PROCEED AS A POOR PERSON
AND TO WAIVE COURT FEES

State of New York, County of Bronx ss:

Tony Harris, hereby affirms, deposes and says:
PRINT YOUR NAME

1. I am the party named as _____ in the above titled action.

2. I reside at 2408 Prospect Ave Bronx NY, 10458 # 1B

3. I seek to proceed in the above titled action.

4. I have a good and meritorious cause of action in that Civil Rights Violation

5. I request that an Order be granted:
   ☑ waiving any and all statutory fees for the defense or prosecution of the action,
   ☐ waiving the fee for the filing of a Notice of Appeal
   ☐ other (Specify) _____

6. I make this application based on CPLR §1101. I do not have, nor am I able to obtain, the funds needed to pay the court fees. I will be unable to proceed unless the Order is granted.

7. I am/am not a recipient of Public Assistance from the Department of Social Services of the City of New York.

8. I have no income other than the sum of $22.00 per week from Person in Custody (PIC) Account

9. I own no property of any kind except necessary personal wearing apparel and NO Real Property
   [Indicate other property and the value of such property]

10. No other person is beneficially interested in the recovery sought.

11.  ☑ a) I have not made a previous application for this or similar relief.
     ☑ b) I have made previous application(s) for this or similar relief, but I am making this further application because This is second violation

I affirm this ___ day of _____, 20___, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Printed Name: Tony Harris

Signature: _____

CIV-GP-15-i (Revised 01/24)

Print your address
10-10 Hazen St. E.M.T.C
East Elmhurst NY. 11370
B/C 2412500390
Housing Unit 8 Upper

FREE CIVIL COURT FORM
No fee may be charged to fill in this form.
Form can be found at: http://www.nycourts.gov/courts/nyc/civil/forms.shtml