**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TONY HARRIS,

                Plaintiff,

      -against-                                  25 **CIVIL** 6682 (KMW)

                                           **JUDGMENT**

NEW YORK POST; TOMAS E. GASTON;
KEVIN C. DOWNS,

                Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 22, 2025, the Court has dismissed Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), for failure to state a claim on which relief may be granted and for lack of subject matter jurisdiction. See 28 U.S.C. § 1915(e)(2)(B)(ii); see also Fed. R. Civ. P. 12(h)(3). The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from the Order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:** New York, New York

        February 24, 2026

                                                **TAMMI M. HELLWIG**
                                       _____
                                            **Clerk of Court**

                        **BY:**           K. Mango

                                            _____
                                            **Deputy Clerk**